# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re:<br><br>RGN-COLUMBUS IV, LLC,<br>a Delaware limited liability company<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11894 (BLS) |
| In re:<br><br>RGN-CHAPEL HILL II, LLC,<br>a Delaware limited liability company<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11910 (BLS) |
| In re:<br><br>RGN-CHICAGO XVI, LLC,[1]<br>a Delaware limited liability company<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11916 (BLS) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR TELEPHONIC AND VIDEO STATUS CONFERENCE SCHEDULED FOR AUGUST 5, 2020, AT 11:30 A.M. (ET) BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[2]

---

[1] The Debtors in these chapter 11 cases are each disregarded entities for tax purposes and therefore do not have Federal Employer Identification Numbers. The mailing address for the Debtors is 3000 Kellway Drive, Suite 140, Carrollton, Texas 75006. A complete list of the Debtors in these chapter 11 cases can be found on Rider 1 to each of the Debtors' Voluntary Petitions.

[2] The documents referenced herein are available free of charge by request to Debtors' proposed counsel (Rokeysha Ramos, paralegal, at Rokeysha.Ramos@faegredrinker.com).

> **THIS STATUS CONFERENCE WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM.**
>
> **ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: RGN-Chapel Hill II, LLC (Case No. 20-11910 (BLS))**
> **Time: August 5, 2020, at 11:30 a.m. Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting:**
> **https://debuscourts.zoomgov.com/j/1611558548**
>
> **Meeting ID: 161 155 8548**
> **Password: 234934**
>
> **Please note that, to appear telephonically via CourtCall, parties must make prior arrangements with CourtCall.**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the following voluntary petitions (collectively, the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"). The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

1. **Voluntary Petitions**

    A. RGN-Columbus IV, LLC (Case No. 20-11894)
    B. RGN-Chapel Hill II, LLC (Case No. 20-11910)
    C. RGN-Chicago XVI, LLC (Case No. 20-11916)

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a status conference for **August 5, 2020, at 11:30 a.m. (ET)** (the "Status Conference") before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Status Conference may do so by contacting CourtCall at 866-582-6878 to register their appearance for audio **AND**, in certain circumstances, by joining through Zoom at https://debuscourts.zoomgov.com/j/1611558548 (Meeting ID: 161 155 8548 & Password: 234934) for video. Only those parties that will be addressing the Court should appear by video via Zoom in addition to their CourtCall registration.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 4, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br>James F. Conlan (*pro hac vice* to be filed)<br>Mike T. Gustafson (*pro hac vice* to be filed)<br>311 S. Wacker Drive, Suite 4300<br>Chicago, Illinois 60606<br>Tel.: (312) 212-6500<br>Fax: (312) 212-6501<br>James.Conlan@faegredrinker.com<br>Mike.Gustafson@faegredrinker.com<br><br>-and-<br><br>*/s/ Ian J. Bambrick*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Ian J. Bambrick (Del. Bar No. 5455)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel.: (302) 467-4200<br>Fax: (302) 467-4201<br>Patrick.Jackson@faegredrinker.com<br>Ian.Bambrick@faegredrinker.com<br><br>-and-<br><br>Jay Jaffe (*pro hac vice* to be filed)<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Tel.: (317) 237-0300<br>Fax: (317) 237-1000<br>Jay.Jaffe@faegredrinker.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |