## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re:<br><br>RGN-COLUMBUS IV, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11894 (BLS)<br>(Joint Administration Requested) |

*AMENDED*[2] **NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR TELEPHONIC AND VIDEO FIRST DAY HEARING *ADJOURNED TO* AUGUST *18*, 2020, AT *9:00 A.M.* (ET) BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[3]

***PLEASE NOTE THAT, WITH THE PERMISSION OF THE COURT, THE HEARING HAS BEEN ADJOURNED TO AUGUST 18, 2020, AT 9:00 A.M. (ET).***

**THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM.**

**ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

---

[1] The Debtors in these chapter 11 cases are RGN-Columbus IV, LLC, RGN-Chapel Hill II, LLC, RGN-Chicago XVI, LLC, and RGN-Fort Lauderdale III, LLC. Each are disregarded entities for tax purposes and do not have Federal Employer Identification Numbers. The mailing address for the Debtors is 3000 Kellway Drive, Suite 140, Carrollton, Texas 75006 (Attn: James S. Feltman, Responsible Officer).

[2] *Amendments appear in bold, underline, and italics*.

[3] The documents referenced herein are available free of charge by request to Debtors' proposed counsel (Rokeysha Ramos, paralegal, at Rokeysha.Ramos@faegredrinker.com).

> **Topic: RGN Cases (Case No. 20-11894 (BLS))**
> **Time: August *18*, 2020, at *9:00 a.m.* Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting:**
> **https://debuscourts.zoomgov.com/j/1616620224**
>
> **Meeting ID:  161 662 0224**
> **Password:  506819**
>
> **Please note that, to appear telephonically via CourtCall, parties must make prior arrangements with CourtCall by telephone at (866) 582-6878.**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the following voluntary petitions (collectively, the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and, on August 11, 2020, filed related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware, which are set forth below.  The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PETITIONS AND RELATED PLEADINGS:**

1. Voluntary Petitions

    A. RGN-Columbus IV, LLC (Case No. 20-11894)
    B. RGN-Chapel Hill II, LLC (Case No. 20-11910)
    C. RGN-Chicago XVI, LLC (Case No. 20-11916)

**PLEASE TAKE FURTHER NOTICE** that a telephonic and video hearing with respect to the following first day pleadings (collectively, the "First Day Pleadings"), to the extent set forth below, is scheduled for **August *18*, 2020, at *9:00 a.m.* (ET)** (the "First Day Hearing") before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY PLEADINGS GOING FORWARD:**

3. Debtor's Motion for Order Authorizing (I) Joint Administration of Chapter 11 Cases and (II) Filing of a Consolidated Creditor Matrix [Docket No. 14]

    Status:    This matter will be going forward.

4. Debtors' Motion for an Order Authorizing Debtors to Maintain Client Programs [Docket No. 15]

    Status:    This matter will be going forward.

5.     Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment to Utility Companies and (II) Granting Related Relief [Docket No. 16]

    <u>Status</u>:     This matter will be going forward on an interim basis.

6.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and (II) Granting Related Relief [Docket No. 17]

    <u>Status</u>:     This matter will be going forward on an interim basis.

    **PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by contacting CourtCall at 866-582-6878 to register their appearance for audio **AND**, in certain circumstances, by joining through Zoom at https://debuscourts.zoomgov.com/j/1616620224 Meeting ID: 161 662 0224 & Password: 506819) for video. Only those parties that will be addressing the Court should appear by video via Zoom in addition to their CourtCall registration.

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August **_12_**, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br>James F. Conlan (*pro hac vice **filed***)<br>Mike T. Gustafson (*pro hac vice **filed***)<br>311 S. Wacker Drive, Suite 4300<br>Chicago, Illinois 60606<br>Tel.: (312) 212-6500<br>Fax: (312) 212-6501<br>James.Conlan@faegredrinker.com<br>Mike.Gustafson@faegredrinker.com<br><br>-and-<br><br>*/s/ Ian J. Bambrick*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Ian J. Bambrick (Del. Bar No. 5455)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel.: (302) 467-4200<br>Fax: (302) 467-4201<br>Patrick.Jackson@faegredrinker.com<br>Ian.Bambrick@faegredrinker.com<br><br>-and-<br><br>Jay Jaffe (*pro hac vice **filed***)<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Tel.: (317) 237-0300<br>Fax: (317) 237-1000<br>Jay.Jaffe@faegredrinker.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |